

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-83,322-04

### EX PARTE ROBERT PIAZZI, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2007-CR7397-W4 IN THE 144ᵀᴴ DISTRICT COURT
### FROM BEXAR COUNTY

*Per curiam*. YEARY, J., not participating.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of four counts of aggravated sexual assault of a child and sentenced to imprisonment for two terms of twenty-five years and two terms of ten years. His ten-year sentences were probated. The Fourth Court of Appeals affirmed his convictions. *Piazzi v. State*, No. 04-12-00124-CR (Tex. App.—San Antonio Sept. 5, 2012) (not designated for publication).

Consideration of applicant's claims as they pertain to his custodial sentences is barred by Section 4 of Article 11.07 of the Code of Criminal Procedure. Accordingly, as it relates to counts

two and four, the writ application is dismissed as a subsequent writ application. TEX. CODE CRIM. PROC. Arts. 11.07, § 4. Applicant's claims as they pertain to counts six and eight challenge probated sentences and are dismissed. TEX. CODE CRIM. PROC. Arts. 11.07, § 3(a), 11.072.

Filed: December 9, 2020
Do not publish